# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HUADAN ZHENG,** a/k/a **CARRIE ZHENG,** <br><br>   Plaintiff, <br><br>   v. <br><br> **TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement,** <br><br>   Defendant. | Civil Action No. 25-cv-10893-FDS |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

**SAYLOR, C.J.**

Pursuant to Fed. R. Civ. P. 65, the temporary restraining order issued on April 11, 2025, is hereby extended until 12:00 p.m. on Friday, April 25, 2025, unless modified, dissolved, or extended by the Court, or superseded by a preliminary injunction issued after a hearing.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated at Boston, Massachusetts, April 22, 2025, 12:30 p.m.