**Matthew McKillop**

From:
Sent: Friday, April 25, 2025 10:50 AM
To: Sauter, Mark (USAMA); Matthew McKillop
Cc:
Subject: Re: Zheng v. Lyons, 1:25-cv-10893-FDS - Update to Provide to Court

CAUTION - EXTERNAL:

Matthew:

According to my client, as of 10:45 AM today, my client's SEVIS remains terminated.

Thanks,

Brad

Brad Banias


BANIAS LAW, LLC
Experience. Candor. Results.


EXHIBIT
2

1