# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HUADAN ZHENG, <br> a/k/a CARRIE ZHENG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-cv-10893-FDS |
| TODD LYONS, Acting Director, U.S. <br> Immigration and Customs Enforcement, | ) ) ) | |
| Defendant. | ) ) ) | |

## <u>TEMPORARY RESTRAINING ORDER</u>

**SAYLOR, C.J.**

At a hearing on April 25, 2025, the government represented to the Court that the terminated Student and Exchange Visitor Information System ("SEVIS") record belonging to plaintiff Huadan Zheng, a/k/a Carrie Zheng, will be re-activated by Immigration and Customs Enforcement; that the re-activation may take some time, because it involves a nationwide change in policy that will require extensive clerical work to implement; and that once re-activated, plaintiff's SEVIS record will not be modified based solely on the National Crime Information Center finding that resulted in the recent termination of her record.

Based on those representations, and because plaintiff is suffering immediate harm by not being able to attend classes as a student at Boston University without an active SEVIS record, for good cause shown, and pursuant to Fed. R. Civ. P. 65, the Court hereby orders as follows:

1.  Defendant Todd Lyons, Acting Director, United States Immigration and Customs Enforcement, or any agents acting under his authority or control, shall re-activate and restore the Student and Exchange Visitor Information System record belonging to plaintiff Huadan Zheng, a/k/a Carrie Zheng, as soon as reasonably practicable.

2.    Defendant Todd Lyons, Acting Director, United States Immigration and Customs Enforcement, and any agents acting under his authority or control, are temporarily restrained from (a) arresting or detaining plaintiff Huadan Zheng, a/k/a Carrie Zheng, under 8 U.S.C. § 1226(a), or otherwise for being unlawfully present in the United States without legal permission or authority, based on the termination or revocation of her F-1 student visa, or (b) if plaintiff has already been arrested or detained, transferring her outside the District of Massachusetts.

3.    This order shall be in effect until 12:00 noon on Friday, May 9, 2025, unless otherwise ordered by the Court.

4.    This order is subject to such further modification or extension by the Court as may be appropriate.

**So Ordered.**


/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated at Boston, Massachusetts, April 25, 2025, 12:30 p.m.