**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **HUADAN ZHENG,** <br> **a/k/a CARRIE ZHENG,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **TODD LYONS, Acting Director, U.S.** <br> **Immigration and Customs Enforcement,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     **Civil Action No. 25-cv-10893-FDS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

**SAYLOR, C.J.**

Pursuant to Fed. R. Civ. P. 65, the temporary restraining order issued on April 25, 2025,

is hereby extended until 5:00 p.m. on Tuesday, May 13, 2025, unless modified, dissolved, or

extended by the Court, or superseded by a preliminary injunction issued after a hearing.

 **So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated at Boston, Massachusetts, May 6, 2025, 11:45 a.m.