## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Huadan Zheng a/k/a Carrie Zheng**

    Plaintiff

    V.

CIVIL ACTION

NO. 1:25-10893-FDS

**Toddy Lyons**

    Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's STIPULATED ORDER dated May 12, 2025 (Dkt. No. 29), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

By the Court,

5/12/2025  
Date

/s/ Matthew McKillop  
Deputy Clerk